UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, and ASHLEY SULTAN GALLAGHER, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GREIF, INC., CARAUSTAR INDUSTRIES, INC., THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., AND SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC.<br><br>*Defendants*. | Case No. 4:22-cv-40089<br><br>October 26, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, a true and correct copy of the foregoing Amended Class Action Complaint was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system and was served by email upon:

| | | |
|---|---|---|
| George Hailer, Esq.<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, Massachusetts 02210<br>ghailer@lawson-weitzen.com | Eric Dorkin, Esq.<br>CLARK HILL PLC<br>130 E. Randolph<br>Suite 3900<br>Chicago, Illinois 60601<br>edorkin@clarkhill.com | John Gardella, Esq.<br>CMBG3 LAW, LLC<br>265 Franklin St.<br>Suite 601<br>Boston, MA 02110<br>jgardella@cmbg3.com |

*/s/ Ian Sloss*

IAN W. SLOSS, PHV