CERTIFICATE OF SERVICE

    I, Zachary A. Rynar, counsel for Plaintiffs Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Christopher Cerasuolo, Nancy Donovan, and Lauren Ladue, individually and on behalf of others similarly situated, hereby certify that this document filed through CM/ECF system will be sent electronically to the registered participants as identified on the NEF (Notice of Electronic Filing).

*/s/ Zachary A. Rynar*
Zachary A. Rynar