# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, CHRISTOPHER CERASUOLO, NANCY DONOVAN, AND LAUREN LAUDE, individually and on behalf of others similarly situated, | Civil Action No. 4:22-cv-40089 |
| Plaintiffs, | |
| v. | |
| GREIF, INC., CARAUSTAR INDUSTRIES, INC., THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., AND 3M COMPANY. | |
| Defendants. | |

## DEFENDANTS SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC. AND OTTER FARM, INC.'S RULE 12(b)(6) MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

Defendants, Seaman Paper Company of Massachusetts, Inc. ("Seaman Paper") and Otter Farm, Inc. ("Otter Farm"), by and through counsel, respectfully move this Court to dismiss the Second Amended Complaint of Plaintiffs pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Each of the causes of action asserted in Plaintiffs' Second Amended Complaint against both Seaman Paper and Otter Farm fails to allege the necessary factual predicates to establish *prima facie* elements of Plaintiffs' claims, and the Second Amended Complaint further asserts theories of liability that are not supported by applicable Massachusetts law. In support of the instant Motion, Seaman Paper and Otter Farm incorporate by reference their accompanying Memorandum in Support.

270531800.v1

**WHEREFORE**, Defendants, Seaman Paper Company of Massachusetts, Inc. and Otter Farm, Inc., respectfully request that this Court dismiss Plaintiffs' Second Amended Complaint as to Seaman Paper and Otter Farm with prejudice, and award costs and fees as this Court deems just and proper.

Dated: March 15, 2023

Respectfully submitted,

CLARK HILL PLC

*/s/Eric Dorkin*
Eric Dorkin, Esquire
BBO #569014
Clark Hill PLC
130 E. Randolph St. #3900
Chicago, Illinois 60601
Phone: (312) 985-5933
Fax: (312) 985-5983
edorkin@clarkhill.com

Randolph T. Struk, Esquire
Pa. I.D. No. 42165
(*pro hac vice*)
Ashley L. Buck, Esquire
Pa. I.D. No. 320537
(*pro hac vice*)
Firm I.D. No. 282
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Tel: 412-394-7711
Fax: 412-394-2555
rstruk@clarkhill.com
abuck@lclarkhill.com
*Attorneys for Defendants, Seaman Paper Company of Massachusetts, Inc. and Otter Farm, Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's CM/ECF Service, this 15th day of March, 2023.

/s/ Eric Dorkin
Eric Dorkin

270531800.v1