UNITED STATES DISTRICT COURT
FOR THE DISRTICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, AND ASHLEY SULTAN GALLAGHER, MICHELE BURT, CHRISTOPHER CERASUOLO, NANCY DONOVAN, AND LAUREN LAUDE, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GREIF, INC., CARAUSTAR INDUSTRIES, INC., THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., AND 3M COMPANY<br><br>    Defendants. | C.A. No. 4:22-cv-40089 |

## DEFENDANTS GREIF, INC. AND CARAUSTAR INDUSTRIES, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR LACK OF JURISDICTION

NOW COME Defendants, Greif, Inc. ("Greif") and Caraustar Industries, Inc. ("Caraustar"), and pursuant to Fed. R. Civ. P. 12(b)(2), hereby move this Honorable Court to dismiss all claims asserted by Plaintiffs in their Complaint against them in the above-captioned matter on the grounds that this Court lacks personal jurisdiction over each.

The matter before the court involves claims against Defendants, Greif, Inc. and Caraustar Industries, Inc., among others, relating to alleged environmental contamination. Greif, Inc. and Caraustar Industries, Inc. bring the present motion as corporate parents of their subsidiary The Newark Group, Inc., also a Defendant, and seek that this court uphold the longstanding legal doctrine of corporate separateness. Plaintiffs' claims against Greif, Inc. and Caraustar Industries,

Inc. ignore the corporate separateness of the parent-subsidiary relationship between these companies and attempt to summarily pierce the corporate veil on the basis of unsupported, conclusory allegations of joint ownership and operational control despite evidence to the contrary. Other than the parent-subsidiary relationship with The Newark Group, Inc., Plaintiffs' fail to articulate any nexus between their claims and Greif, Inc. and Caraustar Industries, Inc. As such, this Court lacks personal jurisdiction over these foreign corporations that have nothing to do with the claims alleged other than their status as corporate parents. Plaintiffs' claims against Greif, Inc. and Caraustar Industries, Inc. should be dismissed.

WHEREFORE, for the reasons stated above and further discussed in the attached Memorandum of Law, Defendants, Greif, Inc. and Caraustar Industries, Inc., respectfully request that its Motion to Dismiss be granted.

Respectfully submitted,
Defendants,
GRIEF, INC.,
CARAUSTAR INDUSTRIES, INC.
By its attorneys,

*/s/ Eric J. Robbie*
John P Gardella B.B.O. No. 663595
Eric J. Robbie, BBO No. 685720
CMBG3 Law LLC
265 Franklin Street, Suite 601
Boston, MA 02110
Telephone: (617) 279-8200
jgardella@cmbg3.com
erobbie@cmbg3.com

## **CERTIFICATE OF SERVICE**

      I, Eric J. Robbie, attorney for the defendants, Greif, Inc. and Caraustar Industries, Inc., in the above-entitled action, hereby certify that I served upon Plaintiffs' attorneys and all counsel of record a notice of the foregoing via electronic filing on this 15th day of March, 2023.

                                                  */s/ Eric J. Robbie*