UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN, GALLAGHER, MICHELE BURT, CHRISTOPHER CERASUOLO, NANCY DONOVAN AND LAUREN LADUE INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                PLAINTIFFS,<br><br>V.<br><br>GREIF, INC., ET AL<br><br>                DEFENDANTS. | CIVIL ACTION NO. 4:22-CV-40089 (MPG)<br><br><br><br>SEPTEMBER 6, 2024 |

## **MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 85.5.2(c)(1) & (d) of the Local Rules of this Court, the undersigned counsel moves to withdraw his appearance in this matter on behalf of Thomas Ryan, et al. Plaintiffs are currently represented by Ian W. Sloss and Sean K. McElligott of Silver Golub & Teitell LLP, amongst others. Mr. Slager respectfully requests his name be removed from all applicable service lists.

Respectfully submitted,

BY */s/ Paul A. Slager*
    Paul A. Slager (*pro hac vice*)
    SILVER GOLUB & TEITELL LLP
    One Landmark Square, 15th Floor
    Stamford, CT 06901
    203-325-4491
    pslager@sgtlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on September 6, 2024, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                              */s/ Paul A. Slager*
                                                                              Paul A. Slager