UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, NANCY DONOVAN, and LAUREN LADUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., and 3M COMPANY,<br><br>Defendants. | CIVIL NO: 4:22-cv-40089-MRG |

**ORDER AMENDING SCHEDULING ORDER**

**GUZMAN, J.**

The Court GRANTS IN PART the parties' Joint Motion to Amend Scheduling Order, ECF No. 353. The case deadlines are amended as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Class Certification Fact Discovery – Final Deadline | September 27, 2024 | November 20, 2024 |
| Plaintiffs' Class Certification Motion | November 22, 2024 | January 13, 2025 |
| Plaintiffs' Class Certification Expert Disclosures | November 22, 2024 | January 13, 2025 |
| Deadline for Non-Class Certification Fact Depositions | December 24, 2024 | February 17, 2025 |
| Deadline to depose Plaintiffs' Class Certification Experts | January 10, 2025 | February 28, 2025 |
| Defendants' Class Certification Opposition | January 21, 2025 | March 8, 2025 |
| Defendants' Class Certification Expert Disclosures | January 21, 2025 | March 8, 2025 |
| Rule 702 Motions to Exclude Plaintiffs' Experts' Testimony | January 21, 2025 | *See below* |
| Deadline to Depose Defendants' Class Certification Experts | February 14, 2025 | April 2, 2025 |
| Close of Class Certification Expert Discovery | February 14, 2025 | April 2, 2025 |
| Opposition to Rule 702 Motions on Plaintiffs' Experts | February 28. 2025 | *See below* |
| Plaintiffs' Class Certification Reply (and motion for leave) | February 28, 2025 | April 9, 2025 |
| Rule 702 Motions to Exclude Defendants' Experts' Testimony | February 28, 2025 | *See below* |
| Reply ISO Rule 702 Motions on Plaintiffs' Experts | March 30, 2025 | *See below* |
| Opposition to Rule 702 Motions on Defendants' Experts | March 30, 2025 | *See below* |
| Reply ISO Rule 702 Motions on Defendants' Experts | April 29, 2025 | *See below* |
| Rule 702 Motions | | April 15, 2025 |
| Rule 702 Oppositions | | May 13, 2025 |
| Rule 702 Replies | | May 27, 2025 |

**SO ORDERED.**
Dated: September 17, 2024

                                            /s/ Margaret R. Guzman
                                            Margaret R. Guzman
                                            United States District Judge