## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, NANCY DONOVAN, and LAUREN LADUE, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., and 3M COMPANY,<br><br>*Defendants*. | Civil Action No: 4:22-cv-40089-MRG (Lead Case) |
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, NANCY DONOVAN, and LAUREN LADUE, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>EIDP, INC., DUPONT DE NEMOURS, INC., THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., BALL CORPORATION, RUST-OLEUM CORPORATION, NEW ENGLAND WASTE SERVICES OF ME, INC. D/B/A CASELLA ORGANICS, SYNAGRO TECHNOLOGIES, INC., NEW ENGLAND FERTILIZER COMPANY, NEFCO GP I, and NEFCO GP II.<br><br>*Defendants*. | Civil Action No. 4:25-cv-40026-MRG |

**JOINT STIPULATION REGARDING CASE SCHEDULING
AND [PROPOSED] ORDER**

Plaintiffs Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Ladue ("Plaintiffs"), and defendants The Newark Group, Inc. Massachusetts Natural Fertilizer Co., Inc., Otter Farm, Inc., Seaman Paper Company of Massachusetts, Inc., 3M Company, New England Fertilizer Company, NEFCO GP I, and NEFCO GP II (the "Remaining Defendants") by and through their undersigned counsel, hereby stipulate and respectfully propose the following:

WHEREAS, following the September 26, 2025 motion hearing in the above-captioned actions, defendants Rust-Oleum and Casella Organics transmitted to the Court via electronic mail a proposed revised case schedule reflecting the extensions they had sought and the resulting adjustments to the case deadlines.

WHEREAS On October 1, 2025, the Court approved the proposed schedule with one correction and directed Rust-Oleum and Casella Organics to docket the table as a proposed amended scheduling order. The proposed amended schedule was not subsequently docketed.

WHEREAS, on November 3, 2025, the Court issued an order granting the motions to dismiss filed by Rust-Oleum, Casella Organics, Synagro, and the DuPont entities. See Dkt. No. 507.

WHEREAS, in light of these intervening rulings, the parties' existing travel commitments, and the fact that the remaining parties are awaiting the Court's memoranda of reasoning in order to evaluate the impact of the Court's rulings and determine appropriate next steps, the parties agree that the case schedule should be addressed following the issuance of the Court's memoranda of reasoning.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the order of the Court, that:

1. Within ten (10) days of the Court's issuance of its memoranda of reasoning, the remaining parties shall meet and confer regarding an appropriate case schedule; and

2. Within fourteen (14) days of the Court's issuance of its memoranda of reasoning, the parties shall jointly submit to the Court a proposed amended case schedule, which the parties anticipate will substantially resemble the schedule previously proposed by Rust-Oleum and Casella Organics, in the form of a proposed amended scheduling order.

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Stipulation Regarding Case Scheduling, and for good cause shown, IT IS HEREBY ORDERED that:

1. Within ten (10) days of the Court's issuance of its memoranda of reasoning, the remaining parties shall meet and confer regarding an appropriate case schedule.

2. Within fourteen (14) days of the Court's issuance of its memoranda of reasoning, the parties shall file on the docket a proposed amended scheduling order.

SO ORDERED.

Dated: _____

                                                                                   Margaret R. Guzman
                                                                                   Unites States District Judge

DATED:       December 23, 2025                             Respectfully Submitted,

By: */s/ Karalena M. Senese*                               By: */s/ Ian W. Sloss*
Christopher B. Essig (pro hac vice)                        Ian W. Sloss (*pro hac vice*)
Karalena M. Senese (pro hac vice)                          SILVER GOLUB & TEITELL LLP
Winston & Strawn LLP                                       One Landmark Square,15th Floor
300 N. LaSalle Dr.                                         Stamford, Connecticut 06901
Chicago, IL 60654                                          Telephone: (203) 325-4491
P: (312) 558-5600                                          Facsimile: (203) 325-3769
cessig@winston.com                                         isloss@sgtlaw.com
ksenese@winston.com

*Attorneys for Defendant 3M Company*                       J. Tucker Merrigan (BBO #681627)
                                                           Thomas T. Merrigan (BBO #343480)
By: */s/ John Gardella*                                    SWEENEY MERRIGAN LAW LLP
John Gardella                                              268 Summer Street, LL
CMBG3 LAW, LLC                                             Boston, MA 02210
265 Franklin St., Suite 601                                tucker@sweeneymerrigan.com
Boston, MA 02110                                           tom@sweeneymerrigan.com
Telephone: (617) 279-8200                                  Telephone: (617) 391-9001
Fax: (949) 377-3355                                        Facsimile: (617) 357-9001
jgardella@cmbg3.com
                                                           David C. Strouss, BBO#546253
*Counsel for Defendant the Newark Group, Inc.*             Christian Uehlein, BBO#667325
                                                           THORNTON LAW FIRM, LLP
                                                           One Lincoln St., 13th Fl.
By: */s/ Randolph T. Struk*                                State Street Financial Center
Randolph T. Struk, Esq. Pa. I.D. No. 42165                 Boston, MA 02111
(*pro hac vice*)
Ashley L. Buck, Esq. Pa. I.D. No. 320537                   *Counsel for Plaintiffs Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Ladue*
(*pro hac vice*)
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
Tel: 412-394-7711
rstruk@clarkhill.com
abuck@clarkhill.com

Eric Dorkin, Esq. BBO #569014
Clark Hill PLC
130 E. Randolph St. #3900
Chicago, Illinois 60601
Phone: (312) 985-5933
Fax: (312) 985-5983
edorkin@clarkhill.com

3

*Attorneys for Defendants, Seaman Paper Company of Massachusetts, Inc. and Otter Farm, Inc.*

By: */s/ Kristina Engberg*
George F. Hailer (BBO #554793)
Kristina Engberg
Dwyer Goncalves LLC
313 Washington Street, Sute 300
Newton, Massachusetts 02458
Telephone: (617) 244-2665
Fax: (617) 244-2119
ghailer@dsglawllc.com
kengberg@dsglawllc.com

*Counsel for Defendant Massachusetts Natural Fertilizer Co., Inc.*

By: */s/ Lauren M. Karam*
Eric L. Klein (BBO# 712128)
James B. Slaughter (*pro hac vice*)
Lauren M. Karam (BBO# 703549)
BEVERIDGE & DIAMOND, P.C.
155 Federal Street, Suite 1600
Boston, MA 02110
617.419.2316
eklein@bdlaw.com
jslaughter@bdlaw.com
lkaram@bdlaw.com

*Counsel for Defendants New England Fertilizer Co. (NEFCO), NEFCO GP I & II*

## CERTIFICATE OF SERVICE

On December 23, 2025, I, Ian W. Sloss, filed electronically the foregoing document, which will be served upon all counsel of record via ECF notice.

                                                  */s/ Ian W. Sloss*
                                                  Ian W. Sloss