UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THOMAS RYAN, *et al.*,                    )
                                      )
   Plaintiffs,            )
                                      ) C.A. No. 4:22-cv-40089-MRG
v.                                        )  (Lead Case)
                                      )
THE NEWARK GROUP, INC., et. al.           )
                                      )
   Defendants.            )
                                      )

**CONSOLIDATED WITH**

THOMAS RYAN, *et al.*,                    )
                                      )
   Plaintiffs,            )
v.                                        )
                                      )
EIDP, INC, *et al*,                       )
                                      )
   Defendants.            )
                                      ) C.A. No. 4:25-cv-40026-MRG
New England Fertilizer Co., et al.,       )
  Third-Party Plaintiffs,       )
                                      )
v.                                        )
Casella Waste Systems, Inc., et al.,      )
  Third-Party Defendants        )
                                      )
                                      )

**MOTION OF THIRD-PARTY DEFENDANTS**
**FOR PROTECTIVE ORDER PENDING A RULING ON THEIR MOTION TO DISMISS**

Third-party defendants, New England Waste Services of ME, Inc. ("Casella Organics"),

Casella Waste Systems, Inc. ("CWS"), and Casella Major Account Services, Inc. ("CMA")

(collectively, these entities are referred to as "Casella"), move pursuant to Fed. R. Civ. P. 26(c)

for a protective order specifying that:

1

1. Responses by Casella to any discovery requests shall be stayed pending the Court's resolution of Casella's motion to dismiss the third-party Complaint;

2. Casella need not produce documents responsive to Third-Party Plaintiffs' First Request for Production of Documents or the contemporaneously served Subpoena to Produce Documents seeking the same materials until 10 days after the Court has ruled on Casella's motion to dismiss;

3. That no further discovery be propounded or taken from Casella in this case until 10 days after the Court has decided the Casella's motion to dismiss.

This motion is predicated on Casella's pending motion to dismiss all third-party claims. That motion has been fully briefed, and the parties await a decision, which the Court has indicated it expects on or before April 30, 2026. Given the possibility that Casella may be dismissed from the case entirely, Casella should not be required to incur the burden and expense of responding to discovery that the Court may soon determine was never warranted.

The grounds for the motion are further set forth in the Memorandum In Support of Third-Party Defendants' Motion for Protective Order.  Accordingly, Casella requests that the motion be granted and the requested protective order be issued.

Respectfully submitted,

CASELLA WASTE SYSTEMS, INC.;
CASELLA MAJOR ACCOUNT SERVICES,
LLC AND NEW ENGLAND WASTE
SERVICES OF ME, INC.

By its attorneys,
/s/ Edward C. Cooley
Edward C. Cooley, BBO #550117
Abigail C. Leighton, BBO #707299
GIARRUSSO, NORTON, COOLEY
 & MCGLONE, P.C.
308 Victory Road
Quincy, MA 02171
(617) 770-2900

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Abigail Leighton, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Abigail C. Leighton
Abigail C. Leighton


Dated: April 1, 2026