**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, NANCY DONOVAN, and LAUREN LADUE, individually and on behalf of others similarly situated,

*Plaintiffs*,

v.

THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., and 3M COMPANY,

*Defendants.*

Case No: 4:22-cv-40089-MRG

**MOTION FOR ADMISSION OF GRANT T. PAPASTEFAN *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Sean K. McElligott, a member of the bar of this Court and attorney for Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Laude in the above-referenced matter, respectfully moves to admit attorney Grant T. Papastefan to the bar of this Court *pro hac vice*.

In support of this motion, the movant relies on the attached Affidavit of Grant T. Papastefan, which states that he:

1. is a member in good standing in every jurisdiction in which he has been admitted to practice;
2. is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar;
3. has not previously had a *pro hac vice* admission to this Court or any other court revoked for misconduct; and
4. has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, movant Sean K. McElligott, counsel for Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Laude, respectfully requests this Court grant this motion to admit attorney Grant T. Papastefan to practice before this Court *pro hac vice*.

Dated: October 5, 2026.

Respectfully submitted,

*/s/ Sean K. McElligott*

Sean K. McElligott (BBO #651710)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
smcelligot@sgtlaw.com

*Counsel for Plaintiffs Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Ladue*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served on counsel of record via the Court's ECF filing system.

*/s/ Sean K. McElligott*
Sean K. McElligott (BBO #651710)