**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THOMAS RYAN, SUSAN RYAN, SEAN GALLAGHER, ASHLEY SULTAN GALLAGHER, MICHELE BURT, NANCY DONOVAN, and LAUREN LADUE, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NEWARK GROUP, INC., MASSACHUSETTS NATURAL FERTILIZER CO., INC., OTTER FARM, INC., SEAMAN PAPER COMPANY OF MASSACHUSETTS, INC., and 3M COMPANY,<br><br>*Defendants.* | Case No: 4:22-cv-40089-MRG |

**AFFIDAVIT OF GRANT T. PAPASTEFAN**

Pursuant to Local Rule 83.5.3(e)(3), I, Grant T. Papastefan, hereby certify as follows:

1. I am submitting this affidavit in support of a motion to appear *pro hac vice* on behalf of Plaintiffs Thomas Ryan, Susan Ryan, Sean Gallagher, Ashley Sultan Gallagher, Michele Burt, Nancy Donovan, and Lauren Ladue in the above-captioned matter.

2. I am an Associate Attorney in the law firm of Silver Golub & Teitell LLP, located at One Landmark Square, 15th Floor, Stamford, Connecticut 06901.

3. I am a member in good standing of the jurisdictions in which I have been admitted to the practice of law, the Bar of the State of Illinois (Juris # 6342707) and the Bar of the State of New York (Juris # 6188445).

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) or any other court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Subscribed and sworn on this 5th Day of October 2026.

Grant T. Papastefan
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
gpapastefan@sgtlaw.com